**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7687**

---

In Re:  STUART C. COLE,

                                                    Petitioner.

---

On Petition for Writ of Mandamus.
(CA-99-424-3-V)

---

Submitted:  February 26, 2003          Decided:  April 1, 2003

---

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Stuart C. Cole, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stuart C. Cole filed this petition for a writ of mandamus seeking to have this court direct the district court to rule on his 28 U.S.C. § 2255 (2000) motion. The district court entered an order in the § 2255 proceeding on January 21, 2003. We therefore find no unreasonable delay. Accordingly, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED